**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HOY CHAN, | ) | NO. CV 08-04810 R (SS) |
|         Petitioner, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| MICHAEL MARTEL, Acting Warden, | ) | |
|         Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 20, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE